UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| JEFFERSON RADIATION ONCOLOGY, L.L.C. | CIVIL ACTION NO.: 15-1399 |
|---|---|
| V. | SECTION: I |
| ADVANCED CARE SCRIPTS, INC. | MAGISTRATE: 3 |

## ORDER

Considering the foregoing Unopposed Amended Motion for Approval of Attorney's Fees and Expenses, and for Service Award;

It is here by ORDERED that the motion is GRANTED, and that

1. Class Counsel be awarded twenty percent (20%) of the total settlement fund or $1,850,000.00, and expenses in the amount of $24,432.27; and

2. Jefferson Radiation Oncology, LLC be awarded $20,000.00 for a service award.

SIGNED in New Orleans, Louisiana on this __6th__ day of __December__, 2016.

LANCE M. AFRICK
United States District Judge